AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| JALETA CLARK, SONNY WEBBER, ALOREA HARDWICK, and ERNESTINE LEWIS<br><br>*Plaintiff(s)*<br>v.<br>RICHARD WILLIAM CASTLE, MATTHEW RICHMOND DAVIS, MICHAEL SHANE DULANEY, CHARLES FORCE, WILLIAM WILSON, and OTHER UNKNOWN PERSONS INDIVIDUALLY,<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-02417-TLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATTHEW DAVIS
626 HIGHWAY 334
OXFORD, MISSISSIPPI 38655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob Webster Brown
Bruce S. Kramer
APPERSON CRUMP, PLC
6000 Poplar Avenue, Suite 150
Memphis, Tennessee 38118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/17/2020     s/ Anthony Johnson

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02417-TLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MATTHEW DAVIS was received by me on *(date)* Jun 15, 2020, 11:48 am.

- [X] I personally served the summons on the individual at *(place)* INTERSECTION OF HIGHWAY 82 AND HIGHWAY 45, MAYHEW, MS 39701 on *(date)* Wed, Jun 17 2020 ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/19/2020

*Server's signature*

DOUG WHITAKER

*Printed name and title*

664 HIGHWAY 2, CORINTH, MS 38834

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 17, 2020, 2:25 pm CDT at INTERSECTION OF HIGHWAY 82 AND HIGHWAY 45, MAYHEW, MS 39701 received by MATTHEW DAVIS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 185; Height: 6'; Hair: Black; Other: BLACK MUSTACHE AND BEARD;